**Motion Denied and Order Filed September 17, 2015.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-15-00263-CR

_____

**JAVARA  PRICE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 232nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1408375**

## ORDER

Appellant is represented by appointed counsel, Patti Sedita. Appellant's brief was originally due June 15, 2015. We have granted a total of 93 days to file appellant's brief until September 16, 2015. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. On September 15, 2015, counsel filed a further motion for

1

extension of time to file appellant's brief. Counsel did not allege any exceptional circumstances in the motion.

We deny the motion for extension and issue the following order.

We order Patti Sedita to file a brief with the clerk of this court on or before October 2, 2015. If counsel does not timely file appellant's brief as ordered, the court will issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Justices Boyce, Busby, and Brown